244 So.2d 611

**Dan A. RITCHEY, Jr., et al.**

**v.**

**James H. DESSER et al.**

**No. 51167.**

Feb. 24, 1971.

On the facts found by the Court of Appeal we find no error of law in its judgment.

244 So.2d 611

**VALLEY LAND CORPORATION**

**v.**

**Garland FIELDER.**

**No. 51171.**

Feb. 24, 1971.

The result is correct.

DIXON, J., dissents from refusal.